1  TOREY JOSEPH FAVAROTE State Bar No.: 198521
   JING TONG State Bar No.: 285061
2  GLEASON & FAVAROTE, LLP
   4014 Long Beach Blvd., Suite 300
3  Long Beach, California 90807
   Tel: (213) 452-0510  Fax: (213) 452-0514
4  tfavarote@gleasonfavarote.com
   jtong@gleasonfavarote.com
5
6  Attorneys for Defendants TRANSDEV SERVICES INC.; TRANSDEV
   NORTH AMERICA, INC., and TRANSDEV
7  *Additional Counsel Next Page*

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUENGA M. HAKEEM, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSDEV SERVICES, INC.; TRANSDEV NORTH AMERICA, INC.; TRANSDEV; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 4:21-cv-01077-JST<br><br>CLASS ACTION-<br>FCRA/ICRAA/CCRAA<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE FILING DATES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, DEFENDANTS' OPPOSITION, AND PLAINTIFF'S REPLY BRIEF** (as modified)<br><br>*[Filed Concurrently with Stipulation]*<br><br>Judge: Hon. Jon S. Tigar<br>Ctrm.: 6<br><br>State Action Filed:  December 7, 2020<br>Removal Filed:   February 11, 2021<br>Trial Date:    None |

JOSEPH LAVI State Bar No.: 209776
jlavi@lelawfirm.com
N. NICK EBRAHIMIAN State Bar No.: 219270
nebrahimian@lelawfirm.com
VINCENT C. GRANBERRY State Bar No.: 276483
vgranberry@lelawfirm.com
COURTNEY M. MILLER State Bar No.: 327850
LAVI & EBRAHIMIAN, LLP
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Tel: (310) 432-0000  Fax: (310) 432-0001

SAHAG MAJARIAN II State Bar No.: 146621
sahagii@aol.com
LAW OFFICE OF SAHAG MAJARIAN II
18250 Ventura Boulevard
Tarzana, California 91356
Tel: (818) 609-0807  Fax: (818) 609-0892

Attorneys for Plaintiff CHAUENGA M. HAKEEM,
on behalf of herself and others similarly situated

# [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that:

The following case deadlines relating to class certification are hereby reset as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Class certification motion due | May 19, 2022 | August 26, 2022 |
| Class certification opposition due | June 16, 2022 | September 30, 2022 |
| Class certification reply due | July 14, 2022 | October 28, 2022 |

**IT IS SO ORDERED.** The hearing on the motion will be held on November 17, 2022 at 2:00 p.m.

Dated: January 03, 2022          By: _____
                                     THE HONORABLE JON S. TIGAR
                                     UNITED STATES DISTRICT COURT JUDGE